# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD CROCHET | CIVIL ACTION |
| VERSUS | NO. 20-3461 |
| 17TH JUDICIAL DISTRICT COURT | SECTION: "J"(3) |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Donald Crochet is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE